IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CHEVRON INTELLECTUAL PROPERTY LLC, a Delaware Limited Liability Company and CHEVRON U.S.A. INC., a Pennsylvania Corporation, | ) ) ) ) ) | |
| Plaintiffs | ) | Civil Action No. 10-CV-11174 |
| vs. | ) ) | |
| SK REALTY LLC, a Massachusetts Limited Liability Company, d/b/a Racing Mart 73 Columbia Street Adams, MA 01220 | ) ) ) ) ) | |
| And | ) ) | |
| JAMES SAAD KAYROUZ, an individual | ) ) | |
| Defendants | ) ) | |

**RULE 41(a)(1)(A)(i) STIPULATION OF DISMISSAL**
**<u>WITHOUT PREJUDICE</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Chevron Intellectual Property LLC and Chevron U.S.A., Inc., ("Chevron"), hereby dismisses its Complaint in this action without prejudice and without costs to any party.

Dated:  August 27, 2010

                Respectfully submitted,

                CHEVRON INTELLECTUAL
                PROPERTY, LLC, and
                CHEVRON U.S.A. INC.,

                By their attorneys,

                /s/ Sean T. Carnathan
                Sean T. Carnathan (BBO# 636889)
                Benjamin S. Kafka (BBO# 640993)
                O'Connor Carnathan and Mack LLC
                8 New England Executive Park
                Suite 310
                Burlington, MA 01803
                (781) 359-9000
                SCarnathan@ocmlaw.net
                BKafka@ocmlaw.net

Of Counsel:

Bernadette M. Reilly
Lathrop & Gage LLP
230 Park Avenue
Suite 1847
New York, NY 10169
(212)850-6231